IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00134-PSF

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JESUS MARTINEZ,

 Defendant.

## ORDER TO SET REVOCATION HEARING

 IT IS ORDERED that a hearing is set for **Tuesday, September 5, 2006 at 1:30 p.m.** in Courtroom A602 of the U.S. District Courthouse, 901 19th Street, Denver, Colorado, regarding the revocation of supervised release for Defendant Martinez.

 DATED: July 17, 2006

            BY THE COURT:

            *s/ Phillip S. Figa*

            Phillip S. Figa
            United States District Judge