# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  04-cr-00134-PSF-01 |
| JESUS MARTINEZ | USM Number:  32588-013 |
| | Scott Varholak, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 12, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 04/05/05 |
| 2 | Possession and Use of a Controlled Substance | 05/23/05 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 5, 2006
Date of Imposition of Judgment

*s/ Phillip S. Figa*
Signature of Judge

Phillip S. Figa, U.S. District Judge
Name & Title of Judge

9/11/06
Date

DEFENDANT:  JESUS MARTINEZ
CASE NUMBER:  04-cr-00134-PSF-01                                                Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Submit Written Monthly Reports | 11/30/05 |
| 4 | Failure to Follow the Instructions of the Probation Officer | 06/15/05 |
| 5 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 07/08/05 |
| 6 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 11/29/05 |
| 7 | Failure to Notify Officer of Change of Address | 11/14/05 |
| 8 | Failure to Participate in Random Urinalysis Testing and Drug Therapy as DIrected by the Probation Officer | 12/02/05 |
| 9 | Possession and Use of a Controlled Substance | 12/02/05 |
| 10 | Failure to Report to the Probation Officer as Instructed | 12/14/05 |
| 11 | Violation of the Law | 01/01/06 |
| 12 | Violation of the Law | 01/25/06 |

DEFENDANT:  JESUS MARTINEZ
CASE NUMBER:  04-cr-00134-PSF-01                                           Judgment-Page 3 of 3

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

DEFENDANT:  JESUS MARTINEZ
CASE NUMBER:  04-cr-00134-PSF-01                                    Judgment-Page 4 of 3

By_____
                    Deputy United States Marshal

DEFENDANT:  JESUS MARTINEZ
CASE NUMBER:  04-cr-00134-PSF-01                                         Judgment-Page A-1

## ADDENDUM TO JUDGMENT IN A CRIMINAL CASE
### (Confidential Information Concerning Defendant)

| | |
|---|---|
| Defendant's Social Security Number: | 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 |
| Defendant's Date of Birth: | 12/03/84 |
| Defendant's Residence Address: | Federal Detention Center<br>9595 W. Quincy Avenue<br>Littleton, Colorado 80123 |
| Defendant's Mailing Address: | SAME |

     To comply with 18 U.S.C.A. § 3612(b)(1)(A), this separate section of the judgment styled "ADDENDUM TO JUDGMENT IN A CRIMINAL CASE (CONFIDENTIAL INFORMATION CONCERNING DEFENDANT)" shall contain defendant's social security account number, mailing address, and residence address.  The probation officer shall maintain this Addendum, and it shall not be filed with the clerk.  Unless otherwise ordered, the Probation Department shall disclose the Addendum only to counsel of record and to any attorney for the Government engaged, pursuant to 18 U.S.C.A. § 3612(b)(1)(A), in collection of a monetary obligation imposed by the judgment.  The judgment entered and filed by the clerk shall refer to the Addendum and shall recite that it contains defendant's social security number, date of birth, residence address, and mailing address and is withheld from the file pursuant to court order.  The court finds that the defendant has a privacy interest in keeping this information confidential, that public disclosure of this information may potentially harm defendant, that the public interest in this information is minuscule, and that the potential harm to defendant outweighs the public interest in disclosure.


September 5, 2006
_____
Date of Imposition of Judgment


_____
Signature of Judge


Phillip S. Figa, U.S. District Judge
_____
Name & Title of Judge


_____
Date